# COURT MINUTES

Page 2

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor        Date: 11/13/2025   Time: 10:00 a.m.

Defendant: Jorge Victor Herrero Gamez    J#: 86990-509    Case #: 25-CR-20438-GAYLES (s)

AUSA: Quinshawna Landon    Attorney: Marrisel Descalzo, Esq (CJA)

Violation: Conspiracy to Distribute a Controlled Substance; Possession w/Intent to Distribute a Controlled Substance

Proceeding: Arraignment on Superseding Indictment    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:

Bond Set at: STIP- Pretrial Detention    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
BRADY ORDER GIVEN

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned on Superseding Indictment

Deft's ore tenus request for SDO is Granted

Brady Order Given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:22:19; 10:33:15    Time in Court: 4 Minutes