UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE VICTOR HERRERO GAMEZ

    Defendant.

_____/

### UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

COMES NOW, Defendant, Jorge Victor Herrero Gamez ("Mr. Herrero Gamez"), and files this Unopposed Motion to Reschedule Status Conference scheduled for December 12, 2025 at 3:30PM, and in support thereof states as follows:

1. Counsel[1] is in trial in the matter of *United States v. Alain Bibliowicz*, Case No. 25-cr-39 in the Eastern District of New York and is awaiting a verdict. As a result, counsel is not available for the status hearing scheduled for today at 3:30pm. [D.E. 116].

2. Undersigned counsel has conferred with AUSA Daya Nathan and Joaquin Perez, counsel for Yaniel Cardenal Frias regarding their availability for a status conference and/or *Garcia* hearing.

3. The Parties are available on the following dates and times:

    a. Tuesday, December 16, 2025 from 2:30pm to 5:00pm.

    b. Wednesday, December 17, 2025 from 9:00am to 1:00pm.

---

[1] Counsel apologizes for the late filing of this Motion. Counsel gave closing argument yesterday and did not check her email until early this morning.

      c. Thursday, December 17, 2025 from 9:00am to 3:00pm.

4. This motion is made in good faith and not for purposes of delay.

5. Undersigned counsel discussed the relief requested herein with AUSA Daya Nathan and Joaquin Perez. Mr. Perez and AUSA Nathan do not oppose the requested relief.

WHEREFORE, based on the foregoing, Mr. Herrero Gamez respectfully requests this Court grant this Unopposed Motion to Reschedule the Status Conference.

Dated: December 12, 2025

    Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 0669318
md@DescalzoLaw.com
Descalzo Law P.A.
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone:  305-489-1018
Facsimile:   305-489-3386
*Counsel for Jorge Victor Gamez Herrero*

## **CERTIFICATE OF SERVICE**

I CERTIFY THAT, on this 12th day of December, 2025 the foregoing was electronically transmitted via CM/ECF.

    By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**