UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE VICTOR HERRERO GAMEZ

    Defendant.
_____/

### **UNOPPOSED MOTION TO CONTINUE THE TRIAL DATE**

COMES NOW, Defendant, Jorge Victor Herrero Gamez ("Mr. Herrero Gamez"), and files this Unopposed Motion to Continue the trial in this matter, and in support thereof states as follows:

1. On October 25, 2025, Mr. Herrero Gamez was arrested pursuant to a criminal Complaint and ordered detained.

2. On November 13, 2025, Mr. Herrero Gamez was charged by Superseding Indictment. [D.E. 109].

3. The trial in this matter is scheduled for January 12, 2026. [D.E. 106].

4. Undersigned counsel was appointed to represent Mr. Herrero Gamez on October 25, 2025, and as such, recently entered the case.

5. The discovery in this case is voluminous, including the existence of multiple devices. The Parties are coordinating production of the discovery, particularly, the devices.

6. Additionally, undersigned counsel is scheduled to start trial in *United States v. Walter Veintimilla*, Case no. 22-cr-20104 in front of Judge Becerra on March 9, 2026. This trial relates to the assassination of the Haitian president and will not be continued.

1

7. Finally, a *Garcia* hearing is scheduled for January 7, 2026 at 2:00pm for defendants Jorge Victor Herrero Gamez and Yaniel Cardenal Frias.

8. Counsel requests a continuance until late April or beginning of May 2026.

9. Undersigned counsel has discussed this motion with the government, who advised that the government does not oppose the relief requested herein.

10. Counsel for the following defendants join in this motion, Alfredo Miranda, Renier Mendez, Michel Garcia, Daniel Torres, and Javier Garcia- Mora,

11. Counsel for Alberto Gonzalez has not responded with his position to the relief requested.

12. Counsel for Reinaldo Fernandez does not object but does not join because his client is scheduled to pled guilty.

13. Counsel for Yaniel Cardenal Frias has not been able to confer with his client, who is currently detained by immigration.

14. This motion is made in good faith and not for the purpose of delay.

**WHEREFORE**, the Defendant, Jorge Victor Herrero Gamez**,** respectfully requests that this Court grant this Unopposed Motion for Continuance.

Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 0669318
md@DescalzoLaw.com
Descalzo Law P.A.
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone:   305-489-1018
Facsimile:   305-489-3386
*Counsel for Jorge Victor Gamez Herrero*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 22nd day of December, 2025 the foregoing was electronically transmitted via CM/ECF.

ndBy: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**