UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-20438

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JORGE VICTOR HERRERO GAMEZ

 Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

 Jorge Victor Herrero Gamez, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 32(f), files these Objections to the Presentence Investigation and Report and reserves the right, upon showing of good cause, to make a new objection at any time before sentence is imposed. *See* Fed. R. Crim. P. 32(i)(1)(D).

 As to paragraph 12, Mr. Herrero Gamez notes that his involvement is limited to conduct specifically involving co-defendants Yaniel Cardenal-Frias and Reinaldo Fernandez.

 Mr. Herrero Gamez objects to paragraphs 13, 14, 15, 16, 17, 20, 21, 22, 23, 25, 26, 28, 31, 33, 34, 35, 36, 37, 38, 39, and 40 insofar as they do not report any conduct by Mr. Herrero Gamez. Mr. Herrero Gamez has no direct knowledge to either confirm or deny the information as stated in those paragraphs. These paragraphs do not relate to him and should be deleted.

 Mr. Herrero Gamez objects to paragraph 30 to the extent it describes conduct by Reinaldo Fernandez, which he had no knowledge or involvement in.  This paragraph also refers to a role enhancement for Fernandez, which does not pertain to Mr. Herrero Gamez and should be deleted.

1

Mr. Herrero Gamez adds to paragraph 64 that his father passed away from psychiatric and mental health issues that progressed.

Mr. Herrero Gamez objects to paragraph 67 insofar as of the time of this filing Cynthia Rodriguez is twenty-seven (27) years old and Mr. Herrero Gamez's son, Jorge Victor Herrero Mirabal, is four (4) months old.

Mr. Herrero Gamez objects to paragraph 70 insofar as it describes his hair color as blond. Mr. Herrero Gamez's hair is brown.

Date: May 8, 2026

Respectfully submitted,
By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 0669318
md@DescalzoLaw.com
Descalzo Law P.A.
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone:     305-489-1018
Facsimile:     305-489-3386
*Counsel for Jorge Victor Gamez Herrero*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 5th day of May, 2026 the foregoing was electronically transmitted via CM/ECF.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**

2