UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-20438

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JORGE VICTOR HERRERO GAMEZ

      Defendant.

_____/

## MOTION TO SEAL SENTENCING MEMORANDUM

Defendant, Jorge Victor Herrero Gamez, respectfully requests that this Court seal his Sentencing Memorandum until further order of this Court. The Sentencing Memorandum contains sensitive information regarding Mr. Herrero Gamez's cooperation with the government and disclosure creates a public safety concern.

Undersigned counsel has conferred with AUSA Tanner Steihl regarding the relief requested, and [1]he states that the government does not oppose the relief sought.

**WHEREFORE,**  Jorge Victor Herrero respectfully requests that this Court grant this Motion to Seal his Sentencing Memorandum.

Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 0669318
md@DescalzoLaw.com
Descalzo Law P.A.
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone:     305-489-1018

---

[1] Counsel did not discuss relief requested with AUSA Nathan because she is on leave.

Undersigned counsel has been in contact with AUSA Steihl about Mr. Herrero Gamez's cooperation.

1

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY THAT, on this 22nd day of May, 2026 the foregoing was electronically transmitted via CM/ECF.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**