**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-CR-20438-GAYLES**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JORGE VICTOR HERRERO GAMEZ

      Defendant.

_____/

| Per Local Rule 5.4(d), the matter(s) shall remain sealed: |
| --- |
| _10_ years; _____ (specific date); ☐ permanently; _____ (other). |

☐ SEALED
☑ NOT SEALED

**ORDER ON MOTION TO SEAL SENTENCING MEMORANDUM**

This cause came before this Court on Defendant, Jorge Victor Herrero Gamez's, Motion to Seal Sentencing Memorandum [ECF No. 269]. The Court, having reviewed the motion and being fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

The Defendant's Motion to Seal Sentencing Memorandum is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on 26th of May, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

1