**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-CR-20438-GAYLES(s)**

**UNITED STATES OF AMERICA**

**vs.**

**JORGE VICTOR HERRERO GAMEZ,**

    **Defendant.**
_____/

**UNITED STATES OF AMERICA'S MOTION FOR REDUCTION OF SENTENCE**
**PURSUANT TO 18 U.S.C. § 3553(e) AND U.S.S.G. § 5K1.1**

Pursuant to Title 18, United State Code, Section 3553(e) and United States Sentencing Guidelines Section 5K1.1, the United States of America hereby moves for a ten percent (10%) reduction in the sentence of the defendant, Jorge Victor Herrero Gamez, in order to reflect the defendant's substantial assistance. In support of this motion, the United States of America states as follows:

1.      On February 26, 2026, the defendant pled guilty [ECF No. 179] to Count 1 of the Superseding Indictment, which charged the defendant with conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846 [ECF No. 109].

2.      The defendant is scheduled to be sentenced on May 28, 2026. [ECF No. 182]. The defendant has provided substantial assistance to the United States, the circumstances of which can be detailed for the Court at the defendant's sentencing hearing.

WHEREFORE, based on Herrero Gamez's substantial assistance, the United States respectfully recommends that this Court reduce Herrero Gamez's sentence by ten percent (10%).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/ Daya Nathan
DAYA NATHAN
Assistant United States Attorney
Florida Bar No. 74392
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel.: (305) 961-9147
Fax: (305) 530-7976
Email: daya.nathan@usdoj.gov